IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MARK WILLIAM THOMAS, et al** | : | **NO.:   97-cr-00051-ALL** |

**O R D E R**

**AND NOW**, this 22nd day of **JANUARY 2021**, in accordance with Local Rules of Criminal Procedure it is hereby **ORDERED** that the above-captioned matter is reassigned directly from the calendar of the Honorable Ronald L. Buckwalter, to the calendar of the Honorable Joel H. Slomsky, as related to ***United States of America v. Scott Anthony Stedeford***, Criminal Action No.: 97-cr-00659-1.

FOR THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ**
**Chief Judge**